# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Florence Mussat, M.D., S.C.

                        Plaintiff,

v.                                            Case No.: 1:13−cv−07798

                                            Honorable Young B. Kim

Insurance Group of America Holdings, L.L.C., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 27, 2015:

      MINUTE entry before the Honorable Young B. Kim: The terms of the approved settlement agreement have been fully implemented. Accordingly, this matter is dismissed with prejudice. Mailed notice (ma,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.